IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR 26 -1 |
| | : | |
| JOHNNY EDWARD WALL, JR., | : | |
| also known as "P.J." | : | |

The Grand Jury charges:

COUNT ONE

On or about June 16, 2020, in the County of Richmond, in the Middle District of North Carolina, JOHNNY EDWARD WALL, JR., also known as "P.J.," knowingly did possess in commerce and affecting commerce a firearm, that is, a Companhia Brasileira de Cartuchos (CBC) 12 gauge shotgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about June 16, 2020, in the County of Richmond, in the Middle District of North Carolina, JOHNNY EDWARD WALL, JR., also known as "P.J.," knowingly did possess a firearm, that is, a weapon made from a Companhia Brasileira de Cartuchos (CBC) 12 gauge shotgun, as modified having an overall length of less than 26 inches, which had not been registered

to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATION

1.     The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of one or both of the offenses alleged in this Indictment, the defendant, JOHNNY EDWARD WALL, JR., also known as "P.J.," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3.     The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

a.     Companhia Brasileira de Cartuchos (CBC), Model SB, 12 gauge shotgun, serial number C1324839.

2

All in accordance with Title 18, United States Code, Section 924(d), Rule

32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code,

Section 2461(c).

DATED:  January 25, 2021

MATTHEW G.T. MARTIN
United States Attorney

BY:  ASHLEY E. WAID
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

3